```
 1
 2
 3
 4
 5
 6
 7
 8                      UNITED STATES DISTRICT COURT
 9                     CENTRAL DISTRICT OF CALIFORNIA
10
11  DENNIS LEE PERRY,            ) NO. CV 13-3643-JST(E)
                                 )
12            Petitioner,        )
                                 )    ORDER ACCEPTING FINDINGS,
13       v.                      )
                                 )    CONCLUSIONS AND RECOMMENDATIONS
14  PEOPLE OF CALIFORNIA,        )
                                 )    OF UNITED STATES MAGISTRATE JUDGE
15            Respondent.        )
                                 )
16  _____)
17
18       Pursuant to 28 U.S.C. section 636, the Court has reviewed the
19  Petition, all of the records herein and the attached Report and
20  Recommendation of United States Magistrate Judge.  The Court accepts
21  and adopts the Magistrate Judge's Report and Recommendation.
22
23       IT IS ORDERED that Judgment be entered denying and dismissing
24  the Petition without prejudice.
25  ///
26  ///
27  ///
28  ///
```

1   IT IS FURTHER ORDERED that the Clerk serve copies of this Order,
2 the Magistrate Judge's Report and Recommendation and the Judgment
3 herein on Petitioner.
4
5   LET JUDGMENT BE ENTERED ACCORDINGLY.
6
7       DATED: July 26, 2013.
8
9
10                              <ins>JOSEPHINE STATON TUCKER</ins>
                                   JOSEPHINE STATON TUCKER
11                              UNITED STATES DISTRICT JUDGE

2