**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| DENNIS LEE PERRY, | ) | NO. CV 13-3643-JST(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| PEOPLE OF CALIFORNIA, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: July 29, 2013.

              JOSEPHINE STATON TUCKER
              JOSEPHINE STATON TUCKER
              UNITED STATES DISTRICT JUDGE